## WATSON v. RAAB.

(Supreme Court, Appellate Term. November 18, 1903.)

1. LANDLORD AND TENANT—COUNTERCLAIM—EVIDENCE.

Where a tenant paid full rent for the leased property each month for four years without making a deduction for the storage of machinery for plaintiff under an alleged contract to allow the tenant $5 per month for such storage, and such agreement was not supported by clear and explicit evidence, a judgment disallowing a counterclaim for such storage was proper.

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Thomas Watson against John Raab.  From a Municipal Court judgment in favor of plaintiff, defendant appeals.  Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

J. J. Buckley, for appellant.
J. C. McEachen, for respondent.

PER CURIAM.  The defendant fails to substantiate his counterclaim by the fair preponderance of evidence which the law requires.  His contention that the plaintiff agreed to allow him $5 per month for storage of machinery is not sustained by clear and explicit evidence of an agreement to do so, and his contention loses much force and effect from the fact that he paid full rent month after month for four years without making the deduction which he now claims he had a right to make.

Judgment must be affirmed, with costs.